UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIS PATTON,

        Petitioner,

                              Case No. 1:10-cv-952

v.

                              HONORABLE PAUL L. MALONEY

WILLIE SMITH,

        Respondent.

_____/


**JUDGMENT**


       Having issued an order adopting a report and recommendation and denying the petition

for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor

of respondent and against the petitioner.


Date:  December 29, 2010                   /s/ Paul L. Maloney_____
                                     Paul L. Maloney
                                     Chief United States District Judge